**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Maria DURAN–GARRIDO, Defendant–Appellant.**

No. 00–30312.

D.C. No. CR–00–00024–ER.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

* The panel unanimously finds this case suitable

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

### MEMORANDUM **

Maria Duran–Garrido appeals her forty-one month sentence imposed after her guilty plea conviction for illegal reentry of a previously deported alien, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742. We review the application of the Sentencing Guidelines de novo, *United States v. Galindo–Gallegos*, 244 F.3d 728, 733 (9th Cir.2001), and we affirm.

Duran–Garrido contends that the district court erred by enhancing her sentence under U.S.S.G. § 2L1.2(b)(1)(A) for having previously committed an aggravated felony. She argues that her prior conviction for illegal transportation of illegal aliens (8 U.S.C. § 1324(a)(1)(A)(ii)) is not an aggravated felony as described in 8 U.S.C. § 1101(a)(43)(N), because it was not a conviction "relating to alien smuggling." Duran–Garrido's contention is foreclosed by our decision in *Galindo–Gallegos*, 244 F.3d at 733–34. Duran–Garrido's sentence was properly enhanced. *See id.*

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

